unlock®

# HOME EQUITY AGREEMENT STATEMENT

**HOMEOWNER:** Vivian Acevedo-Fonseca
**PROPERTY:** 21 Laurelwood Dr
Bernardsville, NJ 7924

**AGREEMENT #:** 98510478685821
**APN:** Block: 80 Lot: 15.18
**STATEMENT DATE:** March 31, 2026

Please see below for high and low estimates of your home's current value, and the resulting estimated Unlock Share[1] (the amount payable to Unlock if exiting the agreement as of the Statement Date, exclusive of any Unpaid Owner Obligations). The high and low estimated home values should not be construed as appraisals or other formal valuations. The resulting estimated Unlock Share[1] assumes that no Improvement Adjustment or Maintenance Adjustment applies; and does not include any costs, expenses, obligations, or credits associated with exiting the Unlock Agreement.

| Current Estimate | | Explanation |
|---|---|---|
| **Current Home Value** (high estimate) | $2,518,414 | The high estimated value of your home as of the Statement Date |
| **Current Home Value** (low estimate) | $2,060,520 | The low estimated value of your home as of the Statement Date |
| **Unlock Share[1]** | **$377,356** | The estimated amount to settle your Unlock Agreement |

The investment Unlock makes in your home is not a loan and does not require any monthly payments or interest charges. Instead, when your Unlock Agreement ends, which typically occurs when you decide to sell or buy out the agreement, Unlock will share in your home's then-current value in accordance with the specific terms of your Unlock Agreement.

| Investment Terms at Origination | |
|---|---|
| **Effective Date[2]** | 11/14/2024 |
| **Starting Home Value** | $2,050,000 |
| **Investment Payment[4]** | $294,000 |
| **Investment Percentage[5]** | 14.34% |
| **Exchange Rate[6]** | 2.15x |
| **Unlock Percentage[7]** | 30.83% |
| **Annualized Cost Limit[8]** | 19.90% |
| **Origination Fee[9]** | $5,586 |

| MONTHLY PAYMENT DUE |
|---|
| **$0** |

*There are no monthly payments - not now, not ever.*

1. The estimated amount to settle your Unlock Agreement as of the Statement Date.

   The Unlock Share is determined by the Unlock Percentage[7] of your Current Home Value subject to the Maximum Unlock Share cap. It is calculated as the lowest of:

   *Current Home Value (low estimate) X Unlock Percentage[7], and the Maximum Unlock Share.*

   The Maximum Unlock Share in your home is the maximum estimated amount to settle your Unlock Agreement. It is calculated as:

   *Investment Payment[4] X (1 + Annualized Cost Limit[8]) ^ (Term Days / 365)*

   The Term Days for your Unlock Agreement are the exact number of days that have passed between the Effective Date[2] and the Statement Date.
2. The date of origination of your Unlock Agreement.
3. The date, six months from the Effective Date, upon which the Buyout and Partial Buyout provisions of your Unlock Agreement become active. The Home Equity Agreement Statement will only show the Buyout Active Date if applicable.
4. The gross amount of money received from Unlock on the Effective Date.
5. The Investment Payment[4] expressed as a percentage of your Starting Home Value. The Investment Percentage is calculated as Investment Payment / Starting Home Value. The figure shown is rounded to 2 decimal points.
6. The price of your Unlock Agreement.
7. The percentage of your home's future value that Unlock will receive when your Unlock Agreement ends upon a Settlement Event. The Unlock Percentage is calculated as Investment Percentage x Exchange Rate. The figure shown is rounded to 2 decimal points.
8. The percentage cap on the annualized cost of your Investment Payment over the Term of your Unlock Agreement.
9. A fee paid to Unlock at closing that offsets some of the costs Unlock incurs to process and administer the transaction.

To all customers including those who are currently a debtor in an active bankruptcy case, or if you have received a discharge of personal liability for this home equity agreement through bankruptcy, please note: This statement is provided for informational purposes only. It is not an attempt to collect, recover, or enforce a debt against you personally. Any amounts shown are for reference regarding the status of the home equity agreement and/or property, and do not imply any demand for payment from you in violation of applicable bankruptcy laws.