# United States Bankruptcy Court

District of New Jersey

| | | |
|---|---|---|
| Vivan Acedvedo-Fonseca | Debtor | |
| Vivan Acedvedo-Fonseca | Plaintiff | Bankruptcy Case No. 26-14437 (CMG) |
| Unlock Partnership Solutions AOI, Inc. | Defendant | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and its agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk

**U.S. Bankruptcy Court**
**Clarkson S. Fisher U.S. Courthouse**
**402 East State Street**
**Trenton, NJ 08608**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney

**Law Offices of Andy Winchell, P.C.**
**90 Washington Valley Road**
**Bedminster, New Jersey 07921**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**YOU ARE NOTIFIED** that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | | |
|---|---|---|
| **Address:**<br>**United States Bankruptcy Court**<br>**402 East State Street**<br>**Trenton, NJ 08608** | **Courtroom:** | **3** |
| | **Date and Time:** | **Jan. 5, 2027**<br>**3:00 p.m.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Jeanne A. Naughton**
Clerk of the Bankruptcy Court

By: ____________________
Deputy Clerk

**Pursuant to D.N.J. LBR 9019-2, Mediation: Procedures, there is a presumption of mediation in all adversary proceedings. For more information regarding the mediation program see the related Local Rules and forms on the Court's web site: njb.uscourts.gov/mediation.**